[No. 36339-9-II. Division Two. April 8, 2008.]

*In the Matter of the Estates of* ALFRED S. PALMER ET AL.

DONALD PALMER, *Respondent*, v. DAWN PALMER GOLDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-4-00774-0, Lisa R. Worswick, J., entered May 11, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J. Now published at 145 Wn. App. 249.

[No. 25134-9-III. Division Three. April 8, 2008.]

CASCADE FALLS, LLC, ET AL., *Respondents*, v. GREGORY HENNING ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-04507-4, Harold D. Clarke III, J., entered March 31, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 25387-2-III. Division Three. April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE ANTHONY RUSSERT, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00521-3, Dennis D. Yule, J., entered July 5, 2006. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Sweeney, C.J., and Thompson, J. Pro Tem.

[No. 25732-1-III. Division Three. April 8, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCOS RAMOS MEDINA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 05-1-01723-1, James P. Hutton, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Schultheis, A.C.J., and Brown, J.